

**WILMINGTON**
**RODNEY SQUARE**

**Samantha G. Wilson**
P 302.571.5018
swilson@ycst.com

July 30, 2025

**VIA HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *HQ Specialty Pharma Corp., et al. v. Amneal Pharmaceuticals LLC*,
C.A. No. 23-1135-MN

Dear Judge Noreika:

The parties write regarding a proposed schedule for briefing and discovery on Plaintiffs' Motion for Preliminary Injunction (D.I. 83) ("PI Motion"), and are available to discuss this proposal during the hearing scheduled for July 31, 2025 (D.I. 82), if the Court has any questions.

Specifically, the parties propose the following which, if acceptable to the Court, they will memorialize in a stipulation:

1. With respect to the briefing on the PI Motion: Opening Brief filed on July 28; Opposition Brief to be filed on August 22; and Reply Brief to be filed on August 29.

2. In light of the demands of the briefing on the PI Motion, Defendant Amneal has requested, and Plaintiffs have agreed, subject to the Court's approval, to delay fact witness depositions that are not related to the PI Motion briefing until after the briefing on the PI Motion is completed. To accommodate that extension requires that the fact discovery deadline be extended by approximately 30 days, to September 30, 2025.

3. The parties believe that this extension to the fact discovery deadline can be accommodated without moving the claim construction hearing scheduled for November 13, 2025, by moving the end of fact discovery and the exchange of contentions to overlap with the beginning of claim construction briefing. The parties agree that the scope of claim construction is very limited in this case, and that they will ensure that the briefing that is submitted to the Court reflects the parties' final contentions based on the completion of fact discovery and the exchange of contentions. Below is a proposed schedule setting forth the parties' proposal for the deadlines between now and the filing of the Joint Claim Construction Brief, which remains unchanged:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery Cut Off (¶9a) | August 25, 2025 | September 30, 2025 |
| Plaintiffs to Provide Final Infringement Contentions (¶8c) | August 20, 2025 | September 22, 2025 |
| Defendant to Provide Final Invalidity Contentions (¶8f) | August 20, 2025 | September 22, 2025 |
| Defendant to Provide Final Non-Infringement Contentions (¶8g) | August 29, 2025 | September 30, 2025 |
| Plaintiffs to Provide Final Validity Contentions (¶8h) | August 29, 2025 | September 30, 2025 |
| Filing of Joint Claim Construction Chart (¶12) | September 5, 2025 | Unchanged |
| Plaintiffs' Opening Claim Construction Brief (¶13) | September 19, 2025 | Unchanged |
| Defendants' Answering Claim Construction Brief (¶13) | October 3, 2025 | Unchanged |
| Plaintiffs' Reply Claim Construction Brief (¶13) | October 10, 2025 | Unchanged |
| Defendant's Sur-Reply Claim Construction Brief (¶13) | October 17, 2025 | Unchanged |

Should Your Honor have any questions regarding the foregoing, counsel are available at the Court's convenience.

Respectfully,

/s/ *Samantha G. Wilson*

Samantha G. Wilson (No. 5816)

cc: All Counsel of Record (via email)